Argued and submitted September 10, 1997, decision of Court of Appeals affirmed
March 25, 1999

Robert W. BROWN,
personal representative of
the estate of Leonore Brown;
and Robert W. Brown,
*Petitioners on Review,*

*v.*

Thomas M. HAUN, M.D.,
and Thomas M. Haun, M.D., P.C.,
an Oregon corporation,
*Respondents on Review.*

(CC 9410-06920; CA A90163; SC S43840)

976 P2d 1122

Kathryn H. Clarke, Portland, argued the cause and filed the brief for petitioners on review. With her on the brief was D. Lawrence Wobbrock, Portland.

Janet Schroer, Portland, argued the cause and filed the brief for respondents on review. With her on the brief were Marjorie A. Speirs, and Hoffman, Hart & Wagner, Portland.

Robert S. Sola and Brooks F. Cooper, Portland, filed a brief for *amicus curiae* Oregon Trial Lawyers Association.

Paul A. Cooney, of Cooney & Crew, P.C., Portland, filed a brief for *amicus curiae* Oregon Medical Association.

G. Kenneth Shiroishi and Kathryn M. Pratt, of Dunn, Carney, Allen, Higgins & Tongue, Portland, filed a brief for *amicus curiae* Oregon Association of Defense Counsel.

Before Carson, Chief Justice, and Gillette, Durham, and Kulongoski, Justices.**

** Fadeley, J., retired January 31, 1998, and did not participate in this decision; Graber, J., resigned March 31, 1998, and did not participate in this decision; Van Hoomissen, J., did not participate in the consideration or decision of this case.

## MEMORANDUM OPINION

The decision of the Court of Appeals is affirmed by an equally divided court.